IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:09cr257 |
| | ) | |
| | ) | JUDGE HAYNES |
| GREGORY CHARLES KRUG | | |

## ORDER

In accordance with the memorandum filed herewith, Defendant's motion to suppress (Docket Entry No. 53) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 26th day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge