# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:09cr257 |
| | ) | |
| | ) | JUDGE HAYNES |
| GREGORY CHARLES KRUG | ) | |

## ORDER

In accordance with the Memorandum filed herewith, Defendant Gregory Charles Krug's motion for a new trial (Docket Entry No. 154) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the _14th_ day of October, 2010.

                                                          WILLIAM J. HAYNES, JR.
                                                          United States District Judge